07-CR-01185-ORD

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION<br>Timothy J. Mulreany<br>Chief Trial Attorney<br>Maryland Fed. Bar No. (08262)<br>David A. Reed<br>Senior Trial Attorney<br>Florida Bar No. (277315)<br>Division of Enforcement<br>1155 21st Street, NW<br>Washington, D.C. 20581<br>(202) 418-5000 | ___ FILED ___ ENTERED<br>___ LODGED ___ RECEIVED<br>DEC 31 2008<br>AT SEATTLE<br>CLERK U.S. DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>DEPUTY |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CASE NO:    C 07-1185 RSL

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>JOSEPH CLARK LAVIN, a.k.a. JOSEPH IVCEVIC,<br>GLOBAL ASSET PARTNERS, LTD, a.k.a. GLOBAL ASSET PARTNERS, LLC,<br>GLOBAL CURRENCY TRADING GROUP, LLC, and<br>GLOBAL CURRENCY TRADING FUND, LLC<br><br>    Defendants,<br><br>v.<br><br>REBECCA LAVIN, WENDY ANDERSON, and PROSPERITAS INTERNATIONAL CREDIT UNION<br><br>    Relief Defendants. | CONSENT ORDER OF DISMISSAL<br>AS TO RELIEF DEFENDANT<br>REBECCA LAVIN |

*Consent Order of Dismissal*
PAGE 1
*U.S. Commodity Futures Trading Commission vs. Joseph Clark Lavin, et al.*

CFTC
*Timothy J. Mulreany, Esq.*
*1155 21st Street, Washington, DC*
*(202) 418-5306*

## I. BACKGROUND

1. On August 1, 2007, Plaintiff, U. S. Commodity Futures Trading Commission ("Commission"), filed its Complaint in this civil action against Joseph Clark Lavin, a.k.a. Joseph Ivcevic ("Lavin"), Global Asset Partners, Ltd. a.k.a. Global Asset Partners, LLC ("GAP"), Global Currency Trading Group, LLC ("Global Group"), Global Currency Trading Fund, LLC ("Global Fund") (hereinafter the "Defendants" or specifically named), for alleged violations of the Commodity Exchange Act, as amended ("Act"), 7 U.S.C. § 1 et seq. (2002), and Commission Regulations promulgated thereunder ("Regulations"), 17 C.F.R § 1.1 et seq. (2006). The Complaint seeks a permanent injunction, the disgorgement of ill-gotten gains, repayment to injured customers, and an award of civil monetary penalties. The Complaint, in relevant part, also charges Rebecca Lavin, the mother of Defendant Lavin, as a relief defendant.

2. Through this consent order, the Commission and Rebecca Lavin intend to fully and completely resolve any and all existing claims between the Commission and Rebecca Lavin, in accordance with the following terms and conditions.

## II. CONSENTS AND AGREEMENT

In exchange for the agreement by the Commission to dismiss with prejudice the charges in the Complaint against her, Rebecca Lavin consents to the entry of this Consent Order of Dismissal ("Consent Order of Dismissal"). In addition, Rebecca Lavin:

1. Affirms that she has read and agrees to this Consent Order voluntarily, and that no threat or promise has been made by the Commission or any member, officer, agent or representative thereof, or by any other person, to induce consent to this Consent Order, other than as set forth specifically herein; and

*Consent Order of Dismissal*
PAGE 2

CFTC
*Timothy J. Mulreany, Esq.*

2. Waives:

a. Any and all claims that she may possess under the Equal Access to Justice Act (EAJA), 5 U.S.C. § 504 (2002) and 28 U.S.C. § 2412 (2002), and/or Part 148 of the Commission's Regulations, 17 C.F.R. §§ 148.1, et seq. (2008), relating to, or arising from, this action;

b. Any and all claims that she may possess under the Small Business Regulatory Enforcement Fairness Act, 1996 HR 3136, Pub. L. 104-121, §§ 231-232, 110 Stat. 862-63 (Mar. 29, 1996), as amended by Pub. L. No. 110-28, 121 Stat. 112 (2007), relating to or arising from this action;

c. Any claim of double jeopardy based upon the institution of this proceeding or the entry in this action of any order imposing a civil monetary penalty or any relief; and

d. All rights of appeal from this action.

## III. ORDER

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims set forth in the Complaint against Relief Defendant Rebecca Lavin are hereby DISMISSED with prejudice.

**ORDERED AND ADJUDGED:**

**DONE AND ORDERED** in Chambers at Seattle, Washington, this 29th day of Dec, 2008.

_____
Robert S. Lasnik
United States District Judge

*Consent Order of Dismissal*
PAGE 3

CFTC
*Timothy J. Mulreany, Esq.*

1  *[signature]* Rebecca C. Lavin
   Rebecca Lavin, Relief Defendant
2  Date: 10-18-2008

3  *[signature]*

4  David Nold, counsel for Rebecca Lavin,
   Relief Defendant   WSBA #19009
5  Date: 10-21-08

6
   *[signature]*
7  Timothy J. Mulreany
   David Reed
8  Attorneys for Plaintiff U.S. Commodity Futures Trading Commission

9  Date: 12-15-08

10

11

12

13

14

15

16

17

18

19

20

21

22
   *Consent Order of Dismissal*                                    CFTC
   PAGE 4                                              Timothy J. Mulreany, Esq.